# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                       **CASE NO. 5:11-cr-23(4)-RS**

**JACK ALLEN KELLY, et al.,**

    **Defendants.**
_____/

## ORDER

Before me is Defendant's unopposed motion to extend time (Doc. 301). The presentence report was filed on September 20, 2011. Defendant's motion was not filed until October 6, 2011. Defendant has offered no reason why he was unable to receive a copy of and respond to the presentence report within the time allotted by Fed. R. Crim. Pro. 32(f). Defendant shall file any objections to the presentence report not later than October 12, 2011.

**ORDERED** on October 11, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**